1   Sengthiene Bosavanh, Esq. #249801
    Milam Law
2   948 11th Street, Suite 17
    Modesto, California 95354
3   (209) 576-0817
       Attorney for Plaintiff
4

5
                    UNITED STATES DISTRICT COURT
6
                  EASTERN DISTRICT OF CALIFORNIA
7
                        FRESNO DIVISION
8

9
    Jesus Antonio Fabila,              )     CASE NO. 1:10-cv-02184-OWW-GSA
10        Plaintiff,                   )
                                       )
11       v.                            )     STIPULATION AND ORDER
                                       )     FOR EXTENSION OF TIME TO SUBMIT
12  Commissioner of Social Security    )     PLAINTIFF'S CONFIDENTIAL LETTER
          Defendant.                   )     BRIEF
13
                IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a
14
    first-time 30-day extension of time to submit a confidential letter brief. The extension is
15
    requested due to Plaintiff's attorney's workload demands and the number and complexity of
16
    the issues in this case. The current due date for Plaintiff's Confidential Brief is May 8, 2011.
17
    The new due date will be June 7, 2011.  The scheduling order should be modified
18
    accordingly.
19
    Dated: May 6, 2011                  /s/ Sengthiene Bosavanh
20
                                        SENGTHIENE BOSAVANH, ESQ.
21                                      Attorney for Plaintiff

22  Dated: May 6, 2011                  BENJAMIN B. WAGNER
                                        United States Attorney
23
                                        By: /s/Peter Thompson
24                                      (as authorized via e-mail)
                                        PETER THOMPSON
25                                      Special Assistant United States Attorney

26       IT IS SO ORDERED.

27    **Dated:   May 9, 2011  **          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
28